JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

FIRST ONE LENDING
CORPORATION, and JOHN
VESCERA,

     Plaintiffs,

vs.

THE HARTFORD CASUALTY
INSURANCE COMPANY; and
DOES 1 through 20, inclusive,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:  SACV13-01500 AG (DFMx)

**JUDGMENT**

     This action came on regularly for hearing before the Court on June 9, 2014, on a motion for summary judgment by Defendant Hartford Casualty Insurance Company, the Hon. Andrew J. Guilford, United States District Court Judge, presiding. Appearances by counsel were noted in the record.

     The Court having reviewed the evidence submitted, and having considered the applicable law, GRANTED Defendant's motion for summary judgment.

     IT IS THEREFORE ORDERED and ADJUDGED that judgment is entered in favor of Defendant Hartford Casualty Insurance Company and against Plaintiffs

1

1  First One Lending Corporation and John Vescera, that Plaintiffs take nothing, and

2  that Defendant will recover its costs of suit.

3

4

5  DATED:  August 12, 2014

6  The Honorable Andrew J. Guilford
   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2