JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| First One Lending Corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Hartford Casualty Insurance Company<br><br>　　　　　Defendant. | Case No. SACV 13-01500 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment for Defendant and against Plaintiff.

Dated: March 13, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT