# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| First One Lending Corporation <br><br> Plaintiff, <br><br> v. <br><br> The Hartford Casualty Insurance Company <br><br> Defendant. | Case No. SACV 13-01500 AG (DFMx) <br><br> **JUDGMENT** |

The Court enters Judgment for Defendant and against Plaintiffs.

Dated: December 6, 2019

　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　United States District Judge