# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ONE LENDING CORPORATION, and JOHN VESCERA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.: SACV13-01500-JVS-DFM<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

　　　Pursuant to the stipulation of all parties that this entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs (Dkt. No. 136), the Clerk is directed to close this file.

　　　IT IS SO ORDERED.

DATED: June 08, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ James V. Selna
　　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge